Hon. Robert S. Lasnik

**09-CV-01804-INFO**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARL LEAVERTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RBC CAPITAL MARKETS CORPORATION, a Minnesota corporation; ROYAL BANK OF CANADA, a Canadian corporation; ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN, an employee benefit plan; and JOHN DOES 1-15, individuals,<br><br>Defendants. | No. 2:09-cv-1804 RSL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER DISMISSING ERISA CLAIMS<br><br>NOTE ON MOTION CALENDAR:<br>October 1, 2010 |

## STIPULATION

Plaintiff Karl Leaverton ("Leaverton") and defendants RBC Capital Markets Corporation, Royal Bank of Canada, and Royal Bank of Canada US Wealth Accumulation Plan (collectively, the "RBC Defendants"), hereby stipulate and agree as follows:

Pursuant to the agreement of Leaverton and the RBC Defendants, Leaverton voluntarily dismisses his remaining Employment Retirement Income Security Act ("ERISA") claims, specifically his Fourth Claim (Declaratory Judgment to Clarify Leaverton's Right to Benefits Due Under the WAP Pursuant to ERISA § 502(a)(1)(B),

STIPULATED MOTION AND [PROPOSED] ORDER
DISMISSING ERISA CLAIMS
NO. 2:09-cv-1804 RSL – Page 1

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

Complaint ¶¶ 72-83), Fifth Claim (Breach of Fiduciary Duty Pursuant to ERISA § 502(a)(2), Complaint ¶¶ 84-94), and Seventh Claim (To Enjoin Denial of Full Vesting Credit Pursuant to ERISA § 502(a)(3), Complaint ¶¶ 99-101).

Leaverton's First Claim (Violation of the Age Discrimination in Employment Act, Complaint ¶¶ 59-64), Second Claim (Violation of the Washington Law Against Discrimination, Complaint ¶¶ 65-68), Eighth Claim (Breach of Contract, Complaint ¶¶ 102-07), and Ninth Claim (Willful Withholding of Wages, Complaint ¶¶ 108-11) remain at issue in this litigation.

DATED: October 1, 2010.

YARMUTH WILSDON CALFO PLLC

By: /s/ Jeremy E. Roller
    Patricia A. Eakes, WSBA No. 18888
    Jeremy E. Roller, WSBA No. 32021
Attorneys for Plaintiff Leaverton

PERKINS COIE LLP

By: /s/ William B. Stafford
    Kevin J. Hamilton, WSBA No. 15648
    William B. Stafford, WSBA No. 39849
Attorneys for the RBC Defendants

STIPULATED MOTION AND [PROPOSED] ORDER
DISMISSING ERISA CLAIMS
NO. 2:09-cv-1804 RSL – Page 2

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED this 5th day of October, 2010

/s/ Robert S. Lasnik
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

YARMUTH WILSDON CALFO PLLC

By /s/ Jeremy Roller
Patricia A. Eakes, WSBA No. 18888
Jeremy E. Roller, WSBA No. 32021
818 Stewart Street, Suite 1400
Seattle, WA 98101
Phone: 206.516.3800
Fax: 206.516.3888
Email: peakes@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Leaverton

STIPULATED MOTION AND [PROPOSED] ORDER
DISMISSING ERISA CLAIMS
NO. 2:09-cv-1804 RSL – Page 3

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888