# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

KARL LEAVERTON,

    Plaintiff,

v.

RBC CAPITAL MARKETS CORPORATION, et al.

    Defendants.

Case No.: CV 9-1804

NOTICE OF OCCURRENCE OF ALTERNATIVE RESOLUTION

Pursuant to CR 39.1(c)(6) notice is hereby given that on November 2, 2010, the parties participated in a mediation. This matter is now resolved.

DATED this 15th day of November, 2010.

    STOKES LAWRENCE, P.S.

    By: /s/ Carolyn Cairns
    Mediator

NOTICE OF OCCURRENCE OF ALTERNATIVE RESOLUTION -
29992-000\ 591671.doc
-1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2010, I caused the foregoing Notice of Occurrence of Alternative Resolution to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patty Eakes
peakes@yarmuth.com

Kevin Hamilton
KHamilton@perkinscoie.com

☐ mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

☐ hand delivered to the following non-CM/ECF participants:

☐ e-mailed and mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

☐ faxed and mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

/c/ Carolyn Cairns
Mediator
Stokes Lawrence, P.S.
800 Fifth Avenue, Suite 4000
Seattle, WA 98104
(206) 626-6000
Fax: (206) 464-1496
CC@stokeslaw.com

NOTICE OF OCCURRENCE OF ALTERNATIVE RESOLUTION - -2-

29992-000\ 591671.doc

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000