THE HONORABLE ROBERT S. LASNIK



**09-CV-01804-CJA**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARL LEAVERTON,<br><br>          Plaintiff,<br><br>    v.<br><br>RBC CAPITAL MARKETS CORPORATION, a Minnesota corporation; ROYAL BANK OF CANADA, a Canadian corporation; ROYAL BANK OF CANADA US WEALTH ACCUMULATION PLAN, an employee benefit plan; and JOHN DOES 1-15, individuals,<br><br>          Defendants. | No. CV9-1804 RSL<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR:<br>December 6, 2010 |

**STIPULATION**

Plaintiff Karl Leaverton and defendants RBC Capital Markets Corporation, Royal Bank of Canada, Royal Bank of Canada US Wealth Accumulation Plan, and John Does 1-15, being the only parties who have appeared in this action, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-entitled action may be dismissed with prejudice and without costs to any party.

STIPULATION AND ~~[PROPOSED]~~ ORDER OF
DISMISSAL WITH PREJUDICE
(No. CV9-1804 RSL) – 1

66024-0006/LEGAL19729746.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

DATED:  December 6, 2010.


**YARMUTH WILSDON CALFO PLLC**          **PERKINS COIE LLP**


By: ___/s/ Jeremy E. Roller___          By: ___/s/ Kevin J. Hamilton___
    Patricia A. Eakes, WSBA No. 18888        Kevin J. Hamilton, WSBA No. 15648
    Jeremy E. Roller, WSBA No. 32021         William B. Stafford, WSBA No. 39849
Attorneys for Plaintiff Leaverton          Attorneys for the RBC Defendants

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
(No. CV9-1804 RSL) – 2

66024-0006/LEGAL19729746.1

## ORDER OF DISMISSAL

Plaintiff and defendants in this action having resolved all disputes raised herein and

having stipulated to the entry of an order of dismissal,

IT IS HEREBY ORDERED that all claims raised herein be dismissed with prejudice and

without an award of attorneys' fees or costs to any party.

ENTERED this __9ᵗ__ day of __Dec.__, 2010.

_____

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

By /s/ Kevin J. Hamilton
Kevin J. Hamilton, WSBA No. 15648
KHamilton@perkinscoie.com
William B. Stafford, WSBA No. 39849
WStafford@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206-359-8000
Fax:  206-359-9000

Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
(No. CV9-1804 RSL) – 3

66024-0006/LEGAL19729746.1